# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**CEDRIC D. DOLES,**

      **Petitioner,**

v.                                    **CASE NO. 5:11-cv-164-RS-CJK**

**MICHAEL D. CREWS,**

      **Respondent.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 28). Petitioner has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Petitioner's amended petition for writ of habeas corpus (doc. 6), challenging the judgment of conviction and sentence in *State of Florida v. Cedric Doles* in the Circuit Court for Bay County, Florida, Case No. 06-2883 is **DENIED**.

3. The certificate of appealability is **DENIED** because Petitioner has not made a substantial showing of the denial of a constitutional right.

4. The Clerk is directed to close the case.

**ORDERED** on May 28, 2013.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**